**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVILLE JAMES ANDERSON, JR., | NO. CV 14-5371-GHK(E) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| CAROLYN W. COLVIN, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | **CONCLUSIONS AND RECOMMENDATIONS** **OF UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. ~~Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any~~ No objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Plaintiff's request for summary judgment or remand is denied; (2) Defendant's request for affirmance is granted; and (3) Judgment shall be entered in favor of Defendant.

///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on Plaintiff and on the United States Attorney for the Central District of California.

DATED:     6/3    , 2015.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE