# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEVILLE JAMES ANDERSON, JR., | ) | NO. CV 14-5371-GHK(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,"

IT IS ADJUDGED that Judgment is entered in favor of Defendant.

DATED: 6/3 , 2015

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE